# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE** <br> Lynch <br> v. <br> City of Little Falls | **DISTRICT** <br> Northern District | **DOCKET NUMBER** <br> 24-2863 |
| | **JUDGE** <br> Mae A. D'Agostino | **APPELLANT** <br> Eric A. Lynch |
| | **COURT REPORTER** | **PRO SE APPELLANT** <br> Eric A. Lynch |

| Check the applicable provision: | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.) |
|---|---|
| [X] I am ordering a transcript. <br> [ ] I am not ordering a transcript. <br><br> Reason for not ordering a transcript: <br> [ ] Copy is already available <br> [ ] No transcribed proceedings <br> [ ] Other (Specify in the space below): | Trial Transcripts for Lynch v. City of Little Falls, Case Number 6:20-cv-00604-MAD-MJK Trial for this case was held before the Honorable Mae A. D'Agostino in the U.S. District Court, Northern District of New York, at the James T. Foley U.S. Courthouse 445 Broadway - Room 509, Albany New York from September 30th of 2024 through October 2nd of 2024. I am requesting transcripts for the entire trial |
| | **METHOD OF PAYMENT**  [ ] Funds  [ ] CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:** <br> [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS <br> [X] PREPARE TRANSCRIPT OF TRIAL <br> [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS <br> [ ] OTHER (Specify in the space below): | **DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)** <br> Eric Lynch Din:18B0755 <br> Elmira Correctional Facility <br> P.O. Box 500 <br> Elmira, NY 14902 <br><br> RECEIVED 2024 NOV 25 PM 2:54 CLERK COURT OF APPEALS |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE <br> *Eric A. Lynch* | DATE <br> November 12th, 2024 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Eric Lynch,
    Plaintiff-Appellant,

v.

City of Little Falls, et. al.,
    Defendants-Appellees.

**CERTIFICATE OF SERVICE***

Docket Number: 24-2863

I, __Eric A. Lynch__, hereby certify under penalty of perjury that
(print name)
on __November 12th, 2024__, I served a copy of __Acknowledgment of Notice of Appearance and Civil Transcript Information (form D-P)__
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery     _X_ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Barbara D. Underwood | 28 Liberty Street | New York | NY | 10005 |
| Court Reporter US District Court | 445 Broadway-Room 509 | Albany | NY | 12207-2936 |
| Catherine O'Hagan Wolfe Clerk of the Court | 40 Foley Square | New York | NY | 10007 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

November 12th, 2024
Today's Date

_Eric A. Lynch_
Signature

Certificate of Service Form (Last Revised 12/2015)



*LEGAL MAIL*

7017 3380 0001 0694 5703

USM SDNY

CERTIFIED MAIL

PIN: 18B0755

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
40 Foley Square
New York, NY 10007

Elmira
ROCHESTER NY
US POSTAGE $009.02
ZIP 14901
041L11251115

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Eric Lynch   DIN: 18B0755

Printed On Recycled Paper